## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jerel Wilkins, Najera Young, Danielle Goodwin, Zelinda Young and Zelinda Young o/b/o O.Y. (a minor), | Civil Action No.: 2:22-cv-03293-JXN-MAH |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -vs.- | |
| City of Paterson, Paterson Police Department, Officer Nigel Burress, individually and in his official capacity, Police Officer M. Lucero, individually and in his official capacity, Paterson Police Officers John and Jane Does 1-10, individually and in their official capacity, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Izik Gutkin of the law offices of Gordon Rees Scully Mansukhani LLP hereby enters an appearance on behalf of Defendants The City of Paterson and Paterson Police Department in the above-captioned matter, and requests that copies of all briefs, orders, correspondence and other papers be served upon the undersigned.

Date: June 21, 2022

GORDON & REES SCULLY MANSUKHANI LLP

By:    /s/ Izik Gutkin
          Izik Gutkin, Esq.
          18 Columbia Turnpike, Suite 220
          Florham Park, NJ 07932
          Phone: (973) 549-2500
          Fax: (973) 377-1911
          Email: igutkin@grsm.com
          Attorneys for Defendants The City of
          Paterson and Paterson Police Department